AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Christopher Tovarris WILKINS<br><br>_____<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 13-8165-JMH |

FILED by _____ D.C.

MAR 2 2 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __3/2/13 - 3/5/13__ in the county of __PALM BEACH__ in the __SOUTHERN__ District of __FLORIDA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 922(g)(1), 924(e) | Having previously been convicted of an offense punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and one or more rounds of ammunition in and affecting interstate and foreign commerce |

This criminal complaint is based on these facts:
PLEASE SEE ACCOMPANYING AFFIDAVIT

☑ Continued on the attached sheet.

_I find probable cause. JMH_
Sworn to before me and signed in my presence.

_____
Complainant's signature

Sara Connors, Special Agent, ATF
Printed name and title

Date: __03/22/2013__

_____
Judge's signature

City and state: __West Palm Beach, Florida__

HON. JAMES M. HOPKINS
Printed name and title

## AFFIDAVIT
## Case No. 13-8165-JMH

Your affiant, Sara Connors, first being duly sworn does hereby depose and state as follows:

1. I am an agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since 1999. Some of my responsibilities include investigating violations of federal law, including violations of the Gun Control Act (Title 18 United States Code, Chapter 44). This affidavit is based upon your affiant's personal knowledge, review of reports, and information obtained from other law enforcement officials and civilians. This affidavit does not contain every fact of this investigation, only the necessary information to support probable cause.

2. On March 5, 2013 at approximately 3:47 p.m., Palm Beach County Sheriff's Office (PBSO) Deputy Sheriff (D/S) Carlos Valencia was parked in his patrol vehicle on Corporate Way in West Palm Beach, FL. D/S Valencia observed a 2012 White Dodge Avenger with extremely dark tint heading North on Corporate way. D/S Valencia observed a Florida tag of V788NR on the vehicle and determined that it was registered to EAN Holdings, a rental company.

3. D/S Valencia initiated his emergency lights and conducted a traffic stop of the vehicle in the vicinity of 5720 Corporate Way, West Palm Beach, an area I know to be located within Palm Beach County and the Southern District of Florida.. D/S Valencia made contact with the driver, who stated his name was Christopher WILKINS. D/S Valencia explained to WILKINS the reason for the stop and asked for all necessary documentation. WILKINS advised that his license was suspended and that the vehicle was a rental vehicle. WILKINS then opened the glove compartment where D/S Valencia observed in plain view a box of ammunition. While speaking with WILKINS, D/S Valencia, who has made numerous past arrests for the illegal possession of marijuana, smelled a strong odor of marijuana emitting from the interior of the vehicle. D/S Valencia asked WILKINS

if there was anything illegal in the vehicle and advised him of the marijuana odor. WILKINS said he had been smoking marijuana earlier in the day. At this time, PBSO D/S Slacum arrived on the scene as a backup deputy. D/S Valencia asked WILKINS to step out of the vehicle and he was placed in handcuffs, told he was being detained and was read his Miranda Rights.

4. PBSO Deputies Valencia, Slacum, and Carey then searched the interior of the vehicle where D/S Slacum retrieved the 50 round Blazer ammunition box from the glove compartment and observed forty (40) 9mm Luger rounds remained inside the box, with ten rounds of ammunition missing. Underneath the ammunition, D/S Slacum recovered a white envelope containing WILKINS's Florida ID, two unfilled prescriptions in WILKINS's name, the registration and insurance card for a 1996 Crown Victoria, and a public assistance letter addressed to WILKINS. D/S Slacum continued to search the vehicle and located a Taurus model PT 111 Pro Millenium 9mm pistol, SN TZE32842, from inside the center console underneath the front dash. An NCIC check on this firearm reveals it was reported stolen on 04/19/2012 from West Palm Beach, FL. The firearm was loaded with the same type of ammunition that came from the box earlier recovered by D/S Slacum.

5. While PBSO Deputies were on the scene of the vehicle stop, a female, hereinafter identified as "A.B." exited a nearby building and approached them. D/S Valencia advised her of the findings in the vehicle. A.B. stated that she is in a relationship with WILKINS and that they (A.B. and WILKINS) were at Gator Guns Shooting range the past Saturday or Sunday and were shooting firearms. A.B. denied all ownership of the contraband found inside the vehicle and agreed to provide her DNA for comparison purposes.

6. On March 11, 2013, D/S Valencia conducted an interview with the manager,

hereinafter "K.S." at Gator Guns and Archery, a federally licensed firearms dealership, which I know to be located in West Palm Beach, Palm Beach County, Southern District of Florida. D/S Valencia and K.S. reviewed surveillance footage, wherein D/S Valencia observed both Christopher WILKINS and A.B. enter the Gator Guns Business on Saturday March 2, 2013, at approximately 14:34 hours. A.B. was observed wearing a purple shirt, blue jeans and has a green purse hanging down from her right shoulder. Defendant WILKINS was observed wearing a multi- colored button down shirt, with a white long sleeve under shirt, blue jeans gray shoes and an unknown color baseball cap. A.B. retrieves a black gun case from the bottom shelf and hands it over to WILKINS. A.B. then removes the firearm from her green purse and places the gun in the case. WILKINS and A.B. proceed to the counter where they both sign the necessary forms, and purchase ammunition. They then go inside the range where they placed there paper targets on Bay 6. D/S Valencia could clearly observe WILKINS in the video shooting at the paper targets. K.S. A copy of the footage was burned onto a CD and provided to D/S Valencia and retained for evidence purposes.

7. Your affiant conducted a criminal history check for Christopher WILKINS, the defendant in this case, which revealed that prior to March 2, 2013, the defendant had sustained at least the following felony convictions within the State of Florida, each of which was punishable by imprisonment for a term exceeding one year:

    a.    Case # 05-2211C-Flee or Elude (high speed or reckless), a 2nd degree felony;

    b.    Case # 05-2310CF-Burglary of a dwelling, a 2nd degree felony

    c.    Case # 03-7742CF-Delinquent in possession of a weapon, a 2nd degree felony

    d.    Case # 12-CF001129AMB-Fleeing or eluding a marked police car, a 3rd degree felony

  e. Case #12-CF005057AMB-Possession of cocaine, a 3rd degree felony

  8. Your affiant has consulted with ATF Special Agent Mike Kelly, who has received extensive training in the manufacture and commerce of firearms. Special Agent Kelly advised your affiant that Taurus firearms, and Blazer ammunition, are not manufactured in the State of Florida and therefore, by their subsequent presence in the State of Florida, such of necessity traveled in and affected interstate commerce.

  9. On the basis of the foregoing facts, your affiant submits that probable cause exists to believe Christopher WILKINS illegally possessed a firearm and ammunition after being convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

  FURTHER YOUR AFFIANT SAITH NAUGHT.

*[signature]*
SARA CONNORS
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 22nd DAY OF MARCH,
AT PALM BEACH COUNTY, FLORIDA.

*[signature]*
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8165-JMH

UNITED STATES OF AMERICA

vs.

CHRISTOPHER TOVARRIS WILKINS,

       Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes   __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: _____
        JOHN C. MCMILLAN, JR.
        ASSISTANT UNITED STATES ATTORNEY
        Aurora.Fagan@usdoj.gov
        Court No. A5500228
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel: (561) 820-8711
        Fax: (561) 820-8777